# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
Direct Fax: +1 212 556 2222
idahan@kslaw.com

October 24, 2017

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

   Re: *Saul Horowitz, as Sellers' Representative v. National Gas & Electric, LLC & Spark Energy, Inc.*, **Civ. No. 17-cv-7742 (JPO)**

Dear Judge Oetken:

  In response to the Court's Order to Show Cause (Dkt. No. 7), entered on October 11, 2017, why the Complaint should not be dismissed for lack of subject matter jurisdiction, we submit this letter and the attached Declaration of Israel Dahan, on behalf of Plaintiff Saul Horowitz, as Sellers' Representative, in the above-referenced matter.

  We believe that the information contained in the attached Declaration demonstrates that the Complaint should not be dismissed for lack of subject matter jurisdiction because this Court has complete diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

           Respectfully submitted,

           KING & SPALDING LLP

           /s/ Israel Dahan
           Israel Dahan

           *Counsel for Plaintiff*

Attachment

cc:  All Counsel of Record