# EXHIBIT A





# Franchise Tax Account Status

As of : 10/23/2017 10:06:50

**This Page is Not Sufficient for Filings with the Secretary of State**

| NATIONAL GAS & ELECTRIC, LLC | |
|---|---|
| **Texas Taxpayer Number** | 32052342444 |
| **Mailing Address** | 12140 WICKCHESTER LN STE 100 HOUSTON, TX 77079-1211 |
| **❓ Right to Transact Business in Texas** | FORFEITED<br>File missing reports, information reports and/or payments |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 10/29/2013 |
| **Texas SOS File Number** | 0801875137 |
| **Registered Agent Name** | CT CORPORATION SYSTEM |
| **Registered Office Street Address** | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |