# EXHIBIT B




# Franchise Tax Account Status
As of : 10/23/2017 10:07:48

This Page is Not Sufficient for Filings with the Secretary of State

| | |
|---|---|
| **RETAILCO, LLC** | |
| Texas Taxpayer Number | 32017134415 |
| Mailing Address | 12140 WICKCHESTER LN STE 100 HOUSTON, TX 77079-1211 |
| ❓ Right to Transact Business in Texas | FORFEITED<br>File missing reports, information reports and/or payments |
| State of Formation | TX |
| Effective SOS Registration Date | 04/04/2005 |
| Texas SOS File Number | 0800475096 |
| Registered Agent Name | CT CORPORATION SYSTEM |
| Registered Office Street Address | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |