# EXHIBIT C




# Franchise Tax Account Status

As of : 10/23/2017 10:09:36

This Page is Not Sufficient for Filings with the Secretary of State

| TXEX ENERGY INVESTMENTS, LLC | |
|---|---|
| Texas Taxpayer Number | 32058315147 |
| Mailing Address | 12140 WICKCHESTER LN # 100 HOUSTON, TX 77079-1211 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 09/16/2015 |
| Texas SOS File Number | 0802294414 |
| Registered Agent Name | CT CORPORATION SYSTEM |
| Registered Office Street Address | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |