# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
Direct Fax: +1 212 556 2222
idahan@kslaw.com

December 11, 2017

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

      **Re:** *Saul Horowitz, as Sellers' Representative v. National Gas & Electric, LLC & Spark Energy, Inc.*, Civ. No. 17-cv-7742 (JPO)

Dear Judge Oetken:

      Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and Rule E.ii of Your Honor's Individual Practices in Civil Cases, Plaintiff Saul Horowitz, as Sellers' Representative, has filed an Amended Complaint (Dkt. No. 22) today in the above-referenced action. Plaintiff respectfully submits that he has timely filed the Amended Complaint as of right within 21 days of the Motion to Dismiss filed by Defendants National Gas & Electric, LLC and Spark Energy, Inc. on November 21, 2017 (Dkt. No. 19).

      For the convenience of the Court and the Defendants, we attach a redline comparing the initial Complaint, filed on October 10, 2017 (Dkt. No. 1), to the Amended Complaint we have filed today. Please note that the redline does not include copies of the exhibits attached to the Amended Complaint, as there has been no change to the exhibits that were attached to the original Complaint.

      Respectfully submitted,

      KING & SPALDING LLP

      /s/ Israel Dahan
      Israel Dahan

      *Counsel for Plaintiff*

Attachment

cc:    All Counsel of Record