UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL HOROWITZ, as Sellers' Representative,<br><br>                    Plaintiff,<br>v.<br><br>NATIONAL GAS & ELECTRIC, LLC and SPARK ENERGY, INC.,<br><br>                    Defendants. | Civ. No. 17-CV-7742 (JPO) |

### PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST NATIONAL GAS & ELECTRIC, LLC AND SPARK ENERGY, INC.

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment against National Gas & Electric, LLC ("NGE") and Spark Energy, Inc. ("Spark"), Plaintiff's Rule 56.1 Statement of Undisputed Facts, and the Declaration of Israel Dahan and exhibits attached thereto, Plaintiff Saul Horowitz, as Sellers' Representative, by and through his undersigned counsel, will move this Court before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Federal Rule of Civil Procedure 56, granting partial summary judgment in favor of Plaintiff with respect to his claim against NGE for breach of a non-assignment provision, as alleged in Count II of the Amended Complaint, and his claim against Spark for tortious interference related to NGE's breach of the non-assignment provision, as alleged in Count IV of the Amended Complaint, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 14, 2019

         Respectfully submitted,

         KING & SPALDING LLP

         By: */s/ Israel Dahan*
         Israel Dahan
         Ryan Gabay
         KING & SPALDING LLP
         1185 Avenue of the Americas
         New York, NY 10036
         Telephone No.: (212) 556-2114
         idahan@kslaw.com
         rgabay@kslaw.com

         Chelsea J. Corey
         KING & SPALDING LLP
         300 South Tryon Street
         Suite 1700
         Charlotte, NC 28202
         Telephone No.: (704) 503-2575
         ccorey@kslaw.com

         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 14, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

                                        /s/ *Israel Dahan*
                                        Israel Dahan