UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL HOROWITZ, *as sellers' representative*,

                    Plaintiff,

-v-

NATIONAL GAS & ELECTRIC, LLC, and SPARK ENERGY, INC.,

                    Defendants.

17-CV-7742 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

A bench trial was held in this case from March 2, 2020, through March 11, 2020. The Court will be issuing its findings of fact and conclusions of law shortly.

The motions to seal certain documents in connection with the bench trial are hereby GRANTED pending further order.

The parties' motions in limine are GRANTED in part and DENIED in part, as stated by the Court at the final pretrial conference and during the bench trial.

The Clerk of Court is directed to close the motions at the following Docket Numbers: 147, 156, 168, 170, 177, 178, 181, 182, 185, 187, 189, 194, 196, 202, 203, 206, 208, 210, 214,

SO ORDERED.

Dated: November 30, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge