**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAUL HOROWITZ, as Sellers' Representative,

                    Plaintiff,

-against-               17 **CIVIL** 7742 (JPO)

# JUDGMENT

NATIONAL GAS & ELECTRIC, LLC and
SPARK ENERGY, INC.,

                    Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusion of Law dated September 30, 2021, the Court finds in favor of Defendants on all claims; accordingly, the case is closed.

**Dated:** New York, New York

     September 30, 2021

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**
                    **BY:**
                                               *K. Mango*
                                             **Deputy Clerk**