UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL HOROWITZ, as Sellers' Representative,<br><br>    *Plaintiff*,<br>v.<br><br>NATIONAL GAS & ELECTRIC, LLC and SPARK ENERGY, INC.,<br><br>    Defendants. | No. 1:17-cv-7742 (JPO) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff Saul Horowitz, as Sellers' Representative, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's (i) September 24, 2018 Opinion and Order (ECF No. 42); (ii) September 30, 2021 Findings of Fact and Conclusions of Law (ECF No. 246); (iii) September 30, 2021 Judgment (ECF No. 247) finding in favor of Defendants on all claims; and (iv) all other orders entered in the case that were adverse, either in whole or in part, to Plaintiff.

Dated: October 29, 2021

Respectfully submitted,

*/s/ Israel Dahan*
Israel Dahan
Richard T. Marooney, Jr.
Ryan Gabay
Leah Aaronson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
idahan@kslaw.com
rmarooney@kslaw.com
rgabay@kslaw.com
laaronson@kslaw.com

Chelsea J. Corey
KING & SPALDING LLP
300 South Tryon Street, Ste. 1700
Charlotte, NC 28202
(704) 503-2575
ccorey@kslaw.com

Kevin J. O'Brien
Gilbert O. Oladeinbo
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-2831
kobrien@kslaw.com
goladeinbo@kslaw.com

*Counsel for Plaintiff*